THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* F. ROBERT PEACOCK, Defendant-Appellant.

(No. 73-227;

Second District—June 26, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

George Pease, Public Defender, of Waukegan (Michael J. Boyd, Assistant Public Defender, of counsel), for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.